# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY BROWNLOW, | ) | NO. CV 09-1845 AHM (FMO) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| HASS, et al., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated: March 30, 2009.

*[signature]*

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE